IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
SEP 2 8 2000

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois Corporation, and CENTRAL GLASS COMPANY LTD., a Japanese Corporation<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER PHARMACEUTICAL PRODUCTS, INC., a Delaware Corporation, and BAXTER HEALTHCARE, CORP. a Delaware Corporation<br><br>Defendants. | 00C 5939<br>Judge_____<br>Case No.<br>JUDGE RONALD GUZMAN<br>MAGISTRATE JUDGE ASHMAN<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Abbott Laboratories ("Abbott") and Central Glass Company Ltd. ("Central Glass") by and through their attorneys, hereby complain against the Defendants Baxter Pharmaceutical Products, Inc. and Baxter Healthcare Corp. (collectively "Baxter") as follows.

### NATURE OF THE ACTION

1. This is a patent infringement action involving sevoflurane, Abbott's anesthetic inhalant, which it sells under the trademark Ultane®. This anesthetic inhalant is used in the induction and maintenance of general anesthesia in adult and pediatric patients. Abbott filed a New Drug Application and received authorization from the Federal Food and Drug Administration ("FDA") to market and sale sevoflurane in 1995.

### THE PARTIES

2. Plaintiff Abbott Laboratories is an Illinois corporation with its principal place of business in Abbott Park, Illinois. Abbott is a diversified health care company.

3. Plaintiff Central Glass is a Japanese corporation with its principal place of business in Tokyo, Japan.

4. Defendant Baxter Pharmaceutical Products, Inc. is a Delaware corporation with its principal place of business in New Jersey. Baxter Pharmaceutical Products, Inc. is a wholly owned subsidiary of Baxter Healthcare Corp.

5. Defendant Baxter Healthcare Corp. is a Delaware corporation with its principal place of business in Deerfield, Illinois.

## JURISDICTION AND VENUE

6. Jurisdiction is proper under 35 U.S.C. §§ 271(a), (b), and (e) and 281.

7. Venue is proper under 28 U.S.C. §§ 1391(b), (c) and (d) and 1400(b).

8. This Court has personal jurisdiction over the Defendants because, among other things, Baxter does business and transacts business in this judicial district.

## COUNT I –INFRINGEMENT OF UNITED STATES PATENT NO. 5,990,176
**(Plaintiffs: Abbott and Central Glass)**

9. Plaintiffs repeat and reallege the allegations contained in paragraphs 1-8 of their Complaint as if those allegations were set forth verbatim herein.

10. On November 23, 1999, the United States Patent and Trademark Office ("PTO") duly and legally issued United States Patent No. 5,990,176 ("the '176 Patent"), entitled "Fluoroether Compositions and Methods For Inhibiting Their Degradation In the Presence of a Lewis Acid". A true and correct copy of the '176 Patent is attached hereto as Exhibit A. Plaintiffs own all rights and interests in the '176 Patent which patent has properly been listed in the FDA Orange Book.

11. Baxter intends to market and sell a sevoflurane product that infringes upon the '176 Patent. Baxter filed with the FDA in Rockville, Maryland an Abbreviated New Drug Application ("ANDA") under 21 U.S.C. § 355(j) to obtain approval for the commercial manufacture, use and sale of sevoflurane. Baxter filed that ANDA to obtain approval to market and sell a generic version of sevoflurane before the expiration date of the '176 Patent. Baxter also filed with the FDA, pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV), a certification alleging that the claims of the '176 Patent are not infringed and are invalid.

12. On or about August 14, 2000, Baxter sent a letter to Abbott and Central Glass by certified mail stating that the sender represented Baxter and was sending the letter on behalf of Baxter to advise Abbott that Baxter had filed an ANDA with respect to sevoflurane and was providing information to Abbott pursuant to 21 U.S.C. § 355(j)(2)(B)(ii). Abbott received this letter on or about August 15, 2000. Central Glass received this letter on or about August 18, 2000.

13. Baxter's sevoflurane product and its method of use for which Baxter seeks FDA approval would infringe one or more claims of the '176 Patent. In addition, under 35 U.S.C. §§ 271(e)(2)(A), Baxter's submission to the FDA of an ANDA and a certification letter pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) to obtain approval for the commercial manufacture, use and sale of sevoflurane before the expiration of the '176 Patent was an act that infringes the claims of the '176 Patent.

**WHEREFORE**, Plaintiffs pray:

A. That U.S. Patent No. 5,990,176 be judged valid, enforceable, and infringed by Defendants;

B. That the Court declare this an exceptional case and award Plaintiffs their reasonable costs, expenses, and attorneys' fees pursuant to 35 U.S.C. § 285; and

C. That the Court award such other and further relief which this Court deems just and proper.

## COUNT II -- INFRINGEMENT OF U.S. PATENT NO. 6,074,668
### (Plaintiff: Abbott)

14. Abbott repeats and realleges the allegations contained in paragraphs 1-8 of the Complaint as if those allegations were set forth verbatim herein.

15. On June 13, 2000, the PTO duly and legally issued United States Patent No. 6,074,668 ("the '668 Patent"), entitled "Container For An Inhalation Anesthetic." A true and correct copy of the '668 Patent is attached hereto as Exhibit B. Since its date of issue, Abbott owns all rights, title, and interests in the '668 Patent which patent has been properly listed in the FDA Orange Book.

16. Baxter intends to market and sell an inhalation anesthetic product comprising sevoflurane in a manner that would infringe one or more claims of Abbott's '668 Patent. Baxter filed with the FDA in Rockville, Maryland an Abbreviated New Drug Application ("ANDA") under 21 U.S.C. § 355(j) to obtain approval for the commercial manufacture, use and sale of sevoflurane. Baxter filed that ANDA to obtain approval to market and sell a generic version of sevoflurane before the expiration date of the '668 Patent. Baxter also filed with the FDA, pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV), a certification alleging that the claims of the '668 Patent are not infringed and invalid.

17. On or about August 14, 2000, Baxter sent a letter to Abbott by certified mail stating that the sender represented Baxter and was sending the letter on behalf of Baxter to advise

Abbott that Baxter had filed an ANDA with respect to sevoflurane and was providing information to Abbott pursuant to 21 U.S.C. § 355(j)(2)(B)(ii). Abbott received this letter on or about August 15, 2000.

18. Baxter's sevoflurane product and its manner and method of use for which Baxter seeks FDA approval would infringe one or more claims of the '668 Patent. In addition, under 35 U.S.C. §§ 271(e)(2)(A), Baxter's submission to the FDA of an ANDA and a certification letter pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) to obtain approval for the commercial manufacture, use and sale of sevoflurane before the expiration of the '668 Patent was an act that infringes the claims of the '668 Patent.

**WHEREFORE**, Abbott prays:

A.  That U.S. Patent No. 6,074,668 be judged valid, enforceable, and infringed by Defendants;

B.  That the Court declare this an exceptional case and award Abbott its reasonable costs, expenses, and attorneys' fees pursuant to 35 U.S.C. § 285; and

C.  That the Court award such other and further relief which this Court deems just and proper.

## JURY DEMAND

Plaintiffs hereby demand trial by jury for all issues triable of right by jury in this action.

Respectfully submitted,

**ABBOTT LABORATORIES**
**CENTRAL GLASS CO., LTD.**

Dated: September 27, 2000     By: _____
One of Their Attorneys

Edward L. Foote
R. Mark McCareins
Marie A. Lona
Raymond C. Perkins
Peggy M. Balesteri
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Sharon E. Jones
Abbott Laboratories
100 Abbott Park Road
Abbott Park, Illinois 60064
(847) 937-5201

# SEE CASE FILE FOR EXHIBITS

JS 44
(Rev. 1/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
ABBOTT LABORATORIES
CENTRAL GLASS CO., LTD.

**DEFENDANTS**
BAXTER PHARMACEUTICAL PRODUCTS
BAXTER HEALTHCARE CORP.

JUDGE RONALD GUZMAN

00C 5939

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **LAKE COUNTY**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

MAGISTRATE JUDGE ASHMAN

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
SEE ATTACHMENT

ATTORNEYS (IF KNOWN)
SEP 2 8 2000

FILED SEP 27 PM
U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury—Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☒ 830 Patent | ☐ 810 Selective Service |
| | ☐ 340 Marine — **PERSONAL PROPERTY** | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability — ☐ 370 Other Fraud | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle — ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability — ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury — ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

PATENT INFRINGEMENT ACTION PURSUANT TO 35 U.S.C. §271

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 9/27/00

SIGNATURE OF ATTORNEY OF RECORD
Raymond C. Perkins

UNITED STATES DISTRICT COURT

## ATTACHMENT A TO CIVIL COVER SHEET

(C)     Attorneys for Plaintiffs (Firm Name, Address and Telephone Number):

Edward L. Foote
R. Mark McCareins
Marie A. Lona
Raymond C. Perkins
Peggy M. Balesteri
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Sharon E. Jones
Abbott Laboratories
100 Abbott Park Road
Abbott Park, Illinois 60064
(847) 937-5201

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of:

ABBOTT LABORATORIES ET AL

V.

BAXTER PHARMACEUTICAL PRODUCTS, INC. ET AL

Case Number: **00C 5939**

Judge: **JUDGE RONALD GUZMAN**

**MAGISTRATE JUDGE ASHMAN**

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

ABBOTT LABORATORIES AND CENTRAL GLASS CO., LTD.

DOCKETED
SEP 28 2000

FILED-EDA
00 SEP 27 PM 1:35
U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] |
| NAME: Edward L. Foote | NAME: R. Mark McCareins |
| FIRM: Winston & Strawn | FIRM: Winston & Strawn |
| STREET ADDRESS: 35 West Wacker Drive | STREET ADDRESS: 35 West Wacker Drive |
| CITY/STATE/ZIP: Chicago, Illinois 60601 | CITY/STATE/ZIP: Chicago, Illinois 60601 |
| TELEPHONE NUMBER: 312-558-5600 | TELEPHONE NUMBER: 312-558-5600 |
| IDENTIFICATION NUMBER: 008446083 | IDENTIFICATION NUMBER: 06184152 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☒ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] |
| NAME: Marie A. Lona | NAME: Raymond C. Perkins |
| FIRM: Winston & Strawn | FIRM: Winston & Strawn |
| STREET ADDRESS: 35 West Wacker Drive | STREET ADDRESS: 35 West Wacker Drive |
| CITY/STATE/ZIP: Chicago, IL 60601 | CITY/STATE/ZIP: Chicago, IL 60601 |
| TELEPHONE NUMBER: 312-558-5600 | TELEPHONE NUMBER: 312-558-5600 |
| IDENTIFICATION NUMBER: 6207711 | IDENTIFICATION NUMBER: 6225834 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☐ NO ☒ | TRIAL ATTORNEY? YES ☐ NO ☒ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |